■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN TEJADA, Appellant. [938 NYS2d 494]

Concur— Saxe, J.P., Friedman, Catterson, Freedman and Manzanet-Daniels, JJ.